UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>        Plaintiff,<br><br>    v.<br><br>JIM YOVINO, FRESNO COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>        Defendant. | CASE NO. 1:14-cv-0423-MJS<br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOVEMBER 25, 2015 AT 9:30 AM**<br>**COURTROOM # 6, FRESNO** |

   Plaintiff initiated this action on February 3, 2014, in the Fresno County Superior Court pleading four causes of action: (1) violation of the federal Equal Pay Act ("EPA"), 29 U.S.C. § 206(d); (2) sex discrimination under California Government Code § 12940; (3) sex discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. (Title VII"); and (4) failure to prevent discrimination under California Government Code §12940(k). The case was properly removed to this Court on March 24, 2014.  The parties have consented to the jurisdiction of the Magistrate Judge for all purposes.

   Pending before the Court is Defendant's motion for summary judgment. The Court previously deemed the motion submitted without oral argument. However, after further review of the parties' briefs and applicable law, the Court believes it may be helpful to have input from counsel generally and specifically on the following two issues: 1)

Whether an employer's reliance on a new employee's prior wage as the sole basis for setting the employee's new wage is permissible under the EPA?; and 2) Will the Court's ruling on whether Defendant's wage-setting criteria complies with the EPA necessarily determine the other causes of action?

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Defendant's motion for summary judgment is set for November 25, 2015, at 9:30 a.m. in Courtroom # 6 before the undersigned.
2. The parties are welcome, but not required, to file supplemental briefs, not to exceed five pages each, on the above issues on or before November 20, 2015.

IT IS SO ORDERED.

Dated:   November 12, 2015           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE