UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>    Plaintiff,<br><br>    v.<br><br>JIM YOVINO, FRESNO COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>    Defendant. | CASE NO. 1:14-cv-0423-MJS<br><br>**ORDER FOR ADDITIONAL BRIEFING**<br><br>**FILING DEADLINE: DECEMBER 11, 2015** |

On December 4, 2015, this Court issued its decision denying Defendant's Motion for Summary Judgment on the basis of findings, among others, that Defendant's SOP 1440 procedure for determining starting salaries violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d). In so finding, the Court also denied Defendant's motion for summary judgment on Plaintiff's remaining causes of action, including sex discrimination under California Government Code § 12940 and Title VII of the Civil Rights Act of 196, 42 U.S.C. §2000e et seq.  The Court's said findings on summary judgment appear effectively to dispose of the core issues in this case and, potentially, the entire case. It may be that all parties would benefit by having judgement entered for Plaintiff on liability issues at this time.

The Court directs the parties to file, on or before **December 11, 2015**, additional briefing addressing this possible course of action. If a party opposes it, it should set forth

its reasons supported by appropriate points and authorities, describe with specificity the steps to be taken to move the case along, and outline the evidence and issues that it believes should be considered at trial. If a party agrees with the above approach, it should address whether or not judgment may and should now be entered in favor of Plaintiff on liability issues.

The Court will address and attempt to resolve these questions at or in connection with the Pretrial Conference scheduled for December 16, 2015, at 4:00 P.M.

Accordingly, IT IS HEREBY ORDERED that the parties shall file additional briefing along the lines set forth above. Said briefing shall be limited to 10 pages each and be submitted on or before December 11, 2015.

IT IS SO ORDERED.

Dated:   December 7, 2015                    /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE