# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER SETTING CONFERENCE FOR MAY 21, 2018, AT 9:30 A.M. IN COURTROOM 9 |

Defendant removed this action from Fresno County Superior Court on March 24, 2014. (ECF No. 1.) On June 10, 2015, Defendant filed a motion for summary judgment, which was denied by an amended order on December 4, 2015. (ECF Nos. 12, 30.)

On April 27, 2017, the three-judge panel of the United States Court of Appeals for the Ninth Circuit vacated the denial of summary judgment and remanded the matter. (ECF No. 42.) The petition for rehearing en banc was granted, and on April 9, 2018, the en banc court affirmed the district court's denial of summary judgment and remanded the matter to the district court. (ECF Nos. 46, 49.) On May 1, 2018, the mandate issued. (ECF No. 51.)

Accordingly, IT IS HEREBY ORDERED that the Court shall conduct a conference regarding further scheduling in this action on May 21, 2018, at 9:30 a.m. in Courtroom 9. The parties shall be prepared to address pretrial conference and trial dates. The parties may appear

1

telephonically at the conference by contacting Courtroom Deputy Mamie Hernandez to obtain the teleconference number and passcode.

IT IS SO ORDERED.

Dated: __**May 3, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE