# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>        Plaintiff,<br><br>v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>        Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 15, 2018<br><br>(ECF No. 53) |

On May 7, 2018, Defendant filed a request to continue the scheduling conference set for May 21, 2018 due to counsel's unavailability. Accordingly, the scheduling conference set for May 21, 2018, is HEREBY CONTINUED to June 15, 2018, at 3:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 8, 2018**

UNITED STATES MAGISTRATE JUDGE