# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>        Defendant. | Case No. 1:14-cv-00423-SAB<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 19, 2018** |

Due to counsel's unavailability, Defendant's counsel has requested and Plaintiff's counsel has agreed to continue the scheduling conference set for June 15, 2018, at 3:00 p.m. Accordingly, the scheduling conference set for June 15, 2018, is HEREBY CONTINUED to June 19, 2018, at 3:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __May 15, 2018__

_____
UNITED STATES MAGISTRATE JUDGE