# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>    Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE ON JULY 13, 2018 BEFORE MAGISTRATE JUDGE SHEILA K. OBERTO AND STATUS CONFERENCE ON SEPTEMBER 14, 2018 BEFORE MAGISTRATE JUDGE STANLEY A. BOONE |

On April 9, 2018, the Ninth Circuit affirmed the denial of Defendant's motion for summary judgment and remanded this matter. On June 19, 2018, the Court conducted a scheduling conference. Counsel Daniel Siegal appeared for Plaintiff and counsel Michael Wood appeared for Defendant.

During the scheduling conference, the parties informed the Court that they wished to pursue settlement of this action while Defendant determines if it will appeal the decision of the Ninth Circuit to the United States Supreme Court.

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set before United States Magistrate Judge Sheila K. Oberto on July 13, 2018, at 10:00 a.m. in Courtroom 7; and

///

2. A status conference in this matter is set before the undersigned on September 14, 2018, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __**June 20, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE