# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On September 14, 2018, a telephonic scheduling conference was held in this matter. Counsel Daniel Siegel appeared for Plaintiff and counsel Michael Woods appeared for Defendant. The parties represented that a petition for writ of certiorari has been filed with the United States Supreme Court. Accordingly, the scheduling conference in this matter is HEREBY CONTINUED to December 10, 2018, at 9:30 a.m. to allow for decision on the writ. The parties shall notify the Court should the Supreme Court address the writ prior to the December 10, 2018 conference.

IT IS SO ORDERED.

Dated: __**September 14, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1