# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER CONTINUING STATUS CONFERENCE |

Defendant has filed a petition for writ of certiorari with the United States Supreme Court challenging the decision of the Ninth Circuit Court of Appeals. A status conference is set in this matter for February 13, 2019. The Court takes judicial notice that on February 4, 2019, Defendant's writ in 18-272 was distributed for conference on February 15, 2019. Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006); Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001). The Court shall continue the status conference to allow for decision on the writ.

Accordingly, IT IS HEREBY ORDERED that the status conference set for February 13, 2019, is CONTINUED to March 28, 2019, at 11:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **February 12, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1