# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>        Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>        Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE |

Currently a status conference is set for April 2, 2019, to address the status of the writ of certiorari has been filed with the United States Supreme Court. On February 25, 2019, the Supreme Court issued a decision vacating the decision of the Ninth Circuit Court of Appeals and remanding the matter for further decision. <u>Yovino v. Rizo</u>, 586 U.S. \_\_\_, No. 18-227 (Feb. 25, 2019) (per curiam). Accordingly, the status conference in this matter is HEREBY VACATED and the parties shall notify the Court in writing within **fourteen (14) days** of the Ninth Circuit Court of Appeals issuing a decision in this matter.

IT IS SO ORDERED.

Dated: **February 26, 2019**

UNITED STATES MAGISTRATE JUDGE

1