# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO, | Case No. 1:14-cv-00423-SAB |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| FRESNO COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

On July 6, 2020, this matter was remanded from the Ninth Circuit following affirmance of the order denying Defendant's motion for summary judgment and the Supreme Court denying Defendant's petition for certiorari. A telephonic status conference was held on July 28, 2020. Counsel Daniel Siegel appeared for Plaintiff Aileen Rizo and counsel Michael Woods appeared for Defendant Fresno County Office of Education.

The parties are aware that due to the COVID-19 pandemic the court is currently closed and jury trials are not able to be conducted at this time. The parties are amenable to participating in a settlement conference to attempt to resolve this action. Therefore, the Court shall set a further status conference to discuss setting a date for a jury trial if this matter does not settle.

Accordingly, IT IS HEREBY ORDERED that:

1.   A telephonic status conference is set for **September 28, 2020, at 2:30 p.m.** in Courtroom 9;

2.   A settlement conference is set for **September 17, 2020, at 9:30 a.m.** in

1

1         Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

2

3 IT IS SO ORDERED.

4 Dated:   **July 31, 2020**

                                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28