# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO DECEMBER 8, 2020<br><br>(ECF No. 85) |

On October 19, 2020, a settlement conference was conducted by Magistrate Judge Barbara A. McAuliffe and a proposed agreement is under consideration by the parties. (ECF No. 85.) The parties are to submit a written notice of acceptance or rejection of the proposed settlement agreement by 5:00 p.m. on November 3, 2020. (Id.)

Accordingly, IT IS HEREBY ORDERED that the status conference set for November 3, 2020, shall be CONTINUED to **December 8, 2020, at 11:30 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __October 19, 2020__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1