# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN RIZO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00423-SAB<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 89) |

On October 19, 2020, a settlement conference was conducted by Magistrate Judge Barbara A. McAuliffe and a proposed agreement was taken under consideration by the parties. (ECF No. 85.) Judge McAuliffe held a further settlement conference on November 4, 2020 during which the case settled and payment is to be made by December 4, 2020. (ECF No. 89.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of payment.

IT IS SO ORDERED.

Dated: __**November 5, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1